```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 1:11-CV-0552-CAP |
| JEFF DAVENPORT and JAUNIECE DAVENPORT, | |
| Defendants. | |

### **O R D E R**

This dispossessory action was remanded to the Magistrate Court of Cobb County by this court on February 28, 2011. The defendants have now filed a motion for reconsideration [Doc. No. 5]. This motion is untimely and otherwise without merit. The remand to the Cobb County Magistrate Court was proper because this court does not have subject matter jurisdiction over the proceedings. The motion to reconsider [Doc. No. 5] is, therefore, DENIED.

Despite this court's admonition that further efforts to remove the dispossessory action to this court would result in sanctions, the defendants continue in their efforts to manipulate the court system in order to delay the final adjudication of the dispossessory action. Because of the defendants' egregious conduct, the court DIRECTS the Clerk of Court to refuse any additional filings by the defendants that purport to remove the

Cobb County dispossessory action to this court unless same is accompanied by a cash bond in the amount of $10,000.

SO ORDERED, this  2nd  day of May, 2011.

>/s/Charles A. Pannell, Jr.
>CHARLES A. PANNELL, JR.
>United States District Judge